IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02825-RBJ

INTEGRATED ASSET SERVICES LLC, a Colorado limited liability company, and
MBH ENTERPRISES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

BANK OF AMERICA, N.A., a National Banking Association,

      Defendant.

---

## ORDER TO SET SCHEDULING CONFERENCE

---

This matter comes before the Court *sua sponte.* This judge was recently assigned this case after one or more of the parties declined to consent to the jurisdiction of the originally assigned magistrate judge as well as after recusal of Chief Judge Krieger and Senior Judge Daniel. The Court now vacates the order entered by Chief Judge Krieger on November 14, 2014 [ECF No. 17] referring the case to Magistrate Judge Shaffer as well as vacates the Scheduling Conference set December 19, 2014. The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1.  Each party's lead trial counsel shall attend the conference.  The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties are directed to jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date within 14 days of the date of this order.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying

the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the

proposed scheduling order is tendered.  The proposed scheduling order, which should be

prepared as described in the local rules, should be tendered by email no later than five days

before the scheduling conference.  A copy of instructions for the preparation of a scheduling

order and a form scheduling order can be downloaded from the Court's website

(http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

DATED this 1st day of December, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge