IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02825-RBJ

INTEGRATED ASSET SERVICES LLC, a Colorado limited liability company, and
MBH ENTERPRISES LLC, a Colorado limited liability company,

     Plaintiffs,

v.

BANK OF AMERICA, N.A., a National Banking Association,

     Defendant.

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

     This matter has been scheduled for an **eight day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 19, 2016 at 9:00 a.m.**

     A Trial Preparation Conference is set for **December 15, 2015 at 8:30 a.m.** Counsel who will try the case shall attend in person.

     During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

     For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

     DATED this 22nd day of January, 2015.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge