IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02825-RBJ

INTEGRATED ASSET SERVICES LLC, a Colorado limited liability company, and
MBH ENTERPRISES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., a National Banking Association,

    Defendant.

## ORDER GRANTING STIPULATION OF DISMISSAL

THIS MATTER having come before the Court on the Stipulation of Dismissal with Prejudice [ECF No. 43], and the Court being fully advised of the premises does hereby:

GRANT the Stipulation and dismisses all claims with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 25th day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge